HELEN CLAIRE BLANK, Appellant, v. JAMES J. BROWNE, as Park Commissioner

of the Borough of Brooklyn, Defendant; HARRY D. SHEA, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.